UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

ANTHONY DWAYNE HAMMONDS, )
)
Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 7:13-CV-66-FL
BO'S FOOD STORE, )
)
Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration the defendant's motion to dismiss, pursuant to Federal Rule of Civil Procedure 12(b)(6), and the memorandum and recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 29, 2014, and for the reasons set forth more specifically therein, that the defendant's motion to dismiss is granted. Plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on July 29, 2014, and Copies To:**
Kimberly Joyce Lehman (via CM/ECF Notice of Electronic Filing)
Penny C. Wofford (via CM/ECF Notice of Electronic Filing)
Anthony Dwayne Hammonds (via U.S. Mail) PO Box 761, Lumberton, NC 28359


July 29, 2014                JULIE A. RICHARDS, CLERK
                              /s/ Christa N. Baker
                             (By) Christa N. Baker, Deputy Clerk